IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION


DOCKET NO. 3:18cr128-MOC-DSC


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER CORRECTING |
| v. | ) | CLERICAL ERROR |
| | ) | |
| KEVIN JOEL ALMENDARES | ) | |


Upon the Government's Motion to Amend Order to Correct Clerical Error and for the

reasons set forth in the Motion, it is hereby ORDERED that the Consent Order and Judgment of

Forfeiture is amended to state:

**One Del Ton, DTI-15, 556 rifle, serial number DTI-S088566;**

**One Smith & Wesson M&P, .45 caliber handgun, serial number MPY1135; and ammunition, seized during the investigation on June 20, 2017.**

**SO ORDERED.**

Signed: July 20, 2018

David S. Cayer
United States Magistrate Judge